# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN D. LESLIE,** | Case No. 1:16-cv-01698-SKO (PC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE THIRD AMENDED COMPLAINT** |
| v. | |
| **O. MADRIGAL, et al.,** | **(Doc. 26)** |
| Defendants. | **Deadline: July 9, 2018** |

Defendants, O. Madrigal and D. Brown, have filed an *ex parte* application for an extension of time in which to file their responsive pleading to the Third Amended Complaint. Having considered the application, the Court finds good cause to grant the request.

Accordingly, it is HEREBY ORDERED that Defendants' responsive pleading to the Third Amended Complaint shall be due on or before July 9, 2018.

IT IS SO ORDERED.

Dated: __**May 23, 2018**__ /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE