# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN D. LESLIE,<br><br>  Plaintiff,<br><br> v.<br><br>MADRIGAL, et al.,<br><br>  Defendants. | Case No. 1:16-cv-01698-AWI-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER**<br><br>(Doc. 49) |

Plaintiff, Deshawn D. Leslie, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2019, Defendants filed their Answer to Plaintiff's Fourth Amended Complaint. (Doc. 43.) On May 2, 2019, Plaintiff filed a response to Defendants' Answer. (Doc. 49.) Plaintiff does not have a right to file a response/surreply to Defendants' Answer under the Local Rules or the Federal Rules of Civil Procedure. Therefore, Plaintiff's Response to Defendants' Answer, filed on May 2, 2019, (Doc. 49), is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: __May 6, 2019__                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

1