# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN D. LESLIE,<br><br>        Plaintiff,<br><br>   v.<br><br>OSCAR M. MADRIGAL, et al.,<br><br>        Defendants. | 1:16-cv-01698 AWI-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO INITIATE DISCOVERY<br><br>(Docs. 53, 54)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2019, Plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court, this motion will be granted. However, on May 16, 2019, Plaintiff also filed a motion to initiate discovery. Discovery has not yet opened and this case is currently set for a court supervised settlement conference on June 6, 2019. If the settlement conference is not successful, a Discovery and Scheduling Order will issue which will open discovery.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is GRANTED 30 days from the date of service of this order in which to file objections to findings and recommendations, but Plaintiff's motion to initiate discovery is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **May 21, 2019**              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE