# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHAWN D. LESLIE,**<br><br>Plaintiff,<br><br>v.<br><br>**O. MADRIGAL, et al.,**<br><br>Defendants. | Case No. 1:16-cv-01698-AWI-SKO (PC)<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41 (a)(1)(A)(ii))**<br><br>(Doc. 64) |

Based on the Stipulation for Voluntary Dismissal entered into by and between Plaintiff and Defendants ("the Stipulation") and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Pursuant to the parties' Stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice with each party to bear their own attorney's fees and costs. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 10, 2019**               /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE